UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JASSON JARED DELGADO MEMBRENO,

Petitioner,

v. Case No.: 2:26-cv-02793-SPC-KRH

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.
_______________________________________/

**OPINION AND ORDER**

Before the Court are Jasson Jared Delgado Membreno's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 3).

Delgado Membreno, a noncitizen in immigration detention, sought habeas relief from this Court in *Delgado Membreno v. Warden*, M.D. Fla. Case No. 2:26-cv-2377-SPC-KRH. The government conceded he was entitled to a bond hearing, and the Court ordered the respondents to either bring Delgado Membreno before an immigration judge for a bond hearing or release Delgado Membreno from custody.

On September 10, 2026, an immigration judge found Delgado Membreno to be a flight risk and denied release on bond. (Doc. 1-1 at 4-9). Delgado Membreno argues the immigration judge failed to properly consider and weigh the evidence and reached an incorrect conclusion. But the proper way to

challenge the result of a bond hearing is appeal to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). While Delgado Membreno raises the Fifth Amendment in his petition, he does not identify any defects in the bond hearing that amount to infringements of his right to due process. The petition is, in substance, an attack on Judge Siegel's discretionary bond decision. Accordingly, Delgado Membreno's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 26, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record